IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC, <br><br> Plaintiff/Relator, <br><br> v. <br><br> BOTH MANAGEMENT SERVICES, INC., <br><br> Defendants. | No.: 2:24-cv-474-AWA <br><br> FILED UNDER SEAL <br> Pursuant to 31 U.S.C. § 3730(b)(2) <br><br> FILED *EX PARTE* |

## ORDER

The United States, having intervened in this action for the purpose of settlement pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4),

It is hereby ORDERED that the following filings be unsealed:

(1) the Complaint;

(2) the Government's Notice of Intervention for Purposes of Settlement; and

(3) this Order.

It is further ORDERED that all other papers or Orders on file in this matter shall remain under seal; and

It is further ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This ____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE