UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA, *ex rel.*
VERITY INVESTIGATIONS, LLC,

                  Plaintiff/Relator,

      v.

BOTH MANAGEMENT SERVICES, INC.,

                  Defendants.

Civil No. 2:24cv474

## ORDER

Pending before the Court is a Joint Stipulation of Dismissal filed by the United States of America (the "United States"), Relator Verity Investigations, LLC, and Defendant Both Management Services, Inc. (the "Defendant") (collectively, the "Parties"). ECF No. 13. Therein, the Parties move to voluntarily dismiss this action with prejudice in accordance with the terms and conditions of the May 9, 2025 settlement agreement among the Parties (the "Settlement Agreement").

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), "[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Here, the United States has moved to dismiss the action with a stipulation of dismissal signed by all parties who have appeared. Upon due consideration and for good cause shown, this action is **DISMISSED** with prejudice with respect to the covered conduct set forth in

the Settlement Agreement. It is further **ORDERED** that the Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement.

The Clerk is **REQUESTED** to forward a copy of this Order to counsel of record for all parties.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

June 2, 2025
Norfolk, Virginia